1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9
10
11
12
13
14
15

| | |
|---|---|
| THE ESTATE OF JAMES FREDERICK BRUTSCHE, by and through LEO C. BRUTSCHE, Personal Representative of the Estate, and LEO CHANNING BRUTSCHE, Father of James Frederick Brutsche, and NORMA JEAN BRUTSCHE, Mother of James Frederick Brutshce., <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF FEDERAL WAY, et. al, <br><br> Defendants. | Case No. C05-1538JLR <br><br> TAXATION OF COSTS |

16

17  Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause

18  indicated above are hereby taxed against PLAINTIFFS , and on behalf of DEFENDANTS in the amount

19  of $4,899.63 as follows:

20                                          Requested          Disallowed          Allowed

21  I.   DEPOSITION COSTS          $5,627.94          $1,292.11          $3,920.05

22  Clerk did not allow costs incurred for trial attendance of named party to the action and for costs

23  incurred for depositions of persons not listed as witnesses.

24  II.  COPY COSTS                        $420.48                 0                  $420.48

    Costs for obtaining criminal records of plaintiff's witnesses are taxable.

25

26  TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| III.  TRIAL TRANSCRIPT | $559.10 | 0 | $559.10 |

Dated this ___30th___ day of MAY, 2007 .

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2